No. 614—EL PUEBLO *v.* BIGAY.—Apelación procedente de la Corte de Distrito de Guayama. Moción del apelante desistiendo de la apelación. Resuelto en mayo 26, 1913. Desestimada la apelación a instancia del apelante. Abogado del apelante: *Sr. José Tous Soto.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 363. EX PARTE PEDRO SANTANA, JR.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company el 26 de mayo de 1913. Resuelto en mayo 27, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

---

No. 991. BYRON ET AL. *v.* GONZÁLEZ.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción del apelado para que se desestime la apelación. Resuelto en mayo 27, 1913. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil enmendado por la ley No. 70 de marzo 9, 1911. Abogado del apelado: *Sr. Emigdio S. Ginorio.* La parte apelante no compareció.